IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-702 (JEB) |
| v. | : | 18 U.S.C. § 231(a)(3) |
| **JULIO BAQUERO,** | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **JULIO BAQUERO**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.  As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.  At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.  At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *JULIO BAQUERO's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, JULIO BAQUERO, lives in Hollywood, Florida. On or about January 4, 2021, defendant traveled with co-defendant Louis Valentin from Florida to Washington, D.C., via automobile.

9. On January 6, defendant crossed fallen barricades and past rioters who were engaging with police to enter the U.S. Capitol Grounds, and approached the Upper West Terrace of the Capitol Building. At approximately 2:41 p.m., defendant climbed the Northwest Steps of the Capitol, heading towards the Upper West Terrace of the Capitol.



10. At approximately 2:45 p.m., defendant, followed by Valentin, entered the Capitol through the Upper West Terrace Door.



11. Defendant and Valentin walked to the Rotunda. Defendant walked around the Rotunda until approximately 3:00 p.m., at which time, members of the Metropolitan Police Department attempted to enter the Rotunda to clear out the rioters. Defendant joined a group of rioters pushing against the officers as they attempted to enter the Rotunda.



12.     At approximately 3:04 p.m, Defendant was among a group of rioters confronting law enforcement inside the Rotunda. During the confrontation, Defendant physically resisted officers attempting to clear rioters out of the Rotunda. Defendant grabbed the hand of MPD Officer R.L., who was holding a police baton.



13.     Baquero continued to confront MPD officers attempting to clear the Rotunda, shouting "You're a traitor!" at them.



14. By approximately 3:14 p.m., defendant had been forced out of the Rotunda by MPD and USCP officers. From approximately 3:14 p.m. to 3:19 p.m., defendant stood outside the east door to the Rotunda. At approximately 3:19 p.m., USCP officers were attempting to close the east door to the Rotunda in order to keep expelled rioters from reentering. At this time, defendant rushed at the officers, trying to push one of the doors open, and preventing officers from closing the door. Defendant had to be forcibly pulled away from the door by USCP officers.





15. From approximately 3:20 p.m. to 3:34 p.m., defendant stood near the Rotunda door exit of the Capitol. At approximately 3:34 p.m., defendant exited the Capitol through the Rotunda door.

16. On or about April 8, 2021, defendant agreed to speak with law enforcement. Defendant admitted to law enforcement that he travelled to Washington, D.C. with Valentin and provided law enforcement with photographs of himself taken outside the Capitol Building on January 6, 2021. Defendant admitted having entered the Capitol Building on January 6, 2021. Defendant denied having been involved in any violence, and denied having any run-ins with law enforcement.

### *Elements of the Offense*

17. JULIO BAQUERO knowingly and voluntarily admits to all the elements of Civil Disorder in violation of 18 U.S.C. § 231. Specifically, defendant admits that he committed, or attempted to commit, any act to obstruct, impede, or interfere with any law enforcement officers engaged in the lawful performance of his official duties, incident to, and during the commission

of a civil disorder, and that the civil disorder obstructed, delayed, or adversely affected commerce or the performance of any federally protected function.

                                  Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  United States Attorney
                                  D.C. Bar No. 481052

By:                            /s/ Robert Juman
                                  ROBERT JUMAN
                                  Assistant United States Attorney
                                  Bar No. NJ 033201993
                                  United States Attorney's Office, Detailee
                                  555 Fourth Street, N.W.
                                  Washington, DC 20530
                                  Phone: (786) 514-9990
                                  E-mail: Robert.juman@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, JULIO BAQUERO, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/14/23

_____
JULIO BAQUERO
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/14/2023

_____
MICHAEL CARUSO
Attorney for Defendant